UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FLOYD E. KOHN,
        Plaintiff,                             Case No. 2:14-cv-137

v.                                           HON. R. ALLAN EDGAR

UKNOWN MYRON, *et al*,
        Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff Floyd Kohn, an inmate currently confined by the Michigan Department of Corrections (MDOC), brought this action pursuant to 42 U.S.C. § 1983. Before the Court are Kohn's motions asking this Court to reconsider the opinion dismissing his complaint for failing to exhaust his administrative remedies. ECF. Nos. 50, 54.

Plaintiff's motion for reconsideration is deficient for the same reasons that this Court discussed in the opinion. Plaintiff argued that he filed numerous grievances that were sent to the Grievance Section of the Office of Legal Affairs, and never received a response. However, Kohn failed to provide any evidence to support these statements. Again, Kohn fails to include any evidence to support these statements. Accordingly, the motions for reconsideration are **DENIED**. ECF Nos. 50, 54. The Court also denies Kohn a certificate of appealability as to these issues. *Slack v. McDaniel*, 529 U.S. 473 (2000).

        **SO ORDERED**.

Dated:    1/6/2016                       */s/ R. Allan Edgar*
                                                      R. Allan Edgar
                                                      United States District Court Judge